GERALD McNAMARA, Appellant, v. JACOB KURTYKA and Others, Respondents.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

HYMAN PRATTER, Respondent, v. J. LEON LASCOFF and Others, Appellants.— Application for leave to file brief as *amicus curiœ* granted. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

CARL N. HUBER, Respondent, v. THOMAS J. WATERS, Appellant (2 actions). CLARA E. HUBER, Respondent, v. THOMAS J. WATERS, Appellant. BERNICE MASTERMAN, Respondent, v. THOMAS J. WATERS, Appellant.— Motion for stay pending hearing and determination· of appeal from order entered June 11, 1931, granted upon condition that appellant shall be ready for argument on September twenty-first. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

IDA M. BOOTH, Respondent, v. ISAAC WEINSTEIN, Appellant.— Motion for stay pending hearing and determination of appeal from order entered April 30, 1931, granted upon condition that appellant shall be ready for argument on September twenty-first. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

CHARLES SORGE, Appellant, v. BROCTON PRESERVING COMPANY, INCORPORATED, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MARINE TRUST COMPANY OF BUFFALO, Respondent, v. CLARENCE F. KARST and Others, Appellants.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

HYMAN PASSER, Appellant, v. PHILIP RITTER, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

GORDON B. CLEVERSLEY and Others, Doing Business, etc., Respondents, v. SEBASTIAN PETRINO, Appellant.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

VERA BEECHER, Appellant, v. MICHAEL LIPMAN, Doing Business, etc., Respondent.— Motion granted and appeal dismissed. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JULIA M. GAFFER, Appellant, v. STACY R. HUNT, Respondent.— Motion granted and appeal dismissed. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of Proving the Lost or Destroyed Will of ANDREAS GOTTLIEB BERNER, Deceased.— Appeal dismissed unless appellant shall file and serve printed records by August first. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.